UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN BARAJAS MARTINEZ,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. ATTORNEY GENERAL / ICE,<br><br>    Respondents.<br>_____<br><br>ADAN BARAJAS MARTINEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, Secretary of the<br>Department of Homeland Security, et al.,<br><br>    Respondent. | Case No. 2:26-cv-01360-KES-FJS<br><br><br><br><br><br><br><br>Case No. 1:26-cv-02796-DJC-CKD<br><br><br><br>RELATED CASE ORDER |

Examination of these actions reveals that they are related within the meaning of Local Rule 123(a).  Both actions involve common parties, are based on the same or a similar claim, and involve the same event.  *See* Local Rule 123(a)(1), (2).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge; it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

1

As a result, it is hereby ORDERED that 1:26-cv-02796-DJC-CKD is reassigned from District Judge Daniel J. Calabretta and Magistrate Judge Carolyn K. Delaney to the undersigned and Magistrate Judge Frank J. Singer. Henceforth, the caption on documents filed in the reassigned case shall be shown as 1:26-cv-02796-KES-FJS.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:    April 15, 2026

_____
UNITED STATES DISTRICT JUDGE

2